IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–41–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PAUL AARON CHAMPION, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 27.) Defendant Paul Aaron Champion ("Champion") appeared before the Court on December 4, 2019, and entered a plea of guilty to the Indictment. He also admitted the forfeiture allegation. Champion's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED THAT:

(1) The motion (Doc. 27) is GRANTED. Champion's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Bryco Arms, .380 ACP caliber pistol, model Bryco 38 (serial number 462157); and

- 41 rounds of .380 caliber Winchester-Western ammunition.

(2)	The United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms, and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law.

(3)	The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

(4)	Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 6th day of December, 2019.

_____
Dana L. Christensen, Chief District Judge
United States District Court