IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

FEB 1 3 2020

Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–41–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PAUL AARON CHAMPION, | |
| Defendant. | |

Before the Court is the Government's Unopposed Motion for Final Order of

Forfeiture. (Doc. 32.) After reviewing the motion, the Court FINDS:

(1)     The United States commenced this action pursuant to 18 U.S.C. §

924(d);

(2)     The Court entered a Preliminary Order of Forfeiture on December 6,

2019 (Doc. 29);

(3)     All known interested parties were provided an opportunity to respond

and publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21

U.S.C. § 853(n)(1); and

(4)     Cause appears to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

(1)     The motion (Doc. 32) is GRANTED;

1

(2)     Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §924(d), free from the claims of any other party:

- Bryco Arm, .380 ACP caliber pistol, model Bryco 38, serial number 462157; and
- 41 rounds of .380 caliber Winchester-Western ammunition; and

(3)     The United States shall have full legal title to the forfeited property and may dispose of it in accordance with law.

Dated this ___13th___ day of February, 2020.

Dana L. Christensen, Chief Judge
United States District Court