IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 19-41-M-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PAUL AARON CHAMPION, | |
| Defendant. | |

Defendant has filed a motion for release pending sentencing. (Doc. 37.) The United States opposes Defendant's request for release. Defendant's sentencing is scheduled for April 24, 2020. Due to the time-sensitive matters raised in Defendant's motion, the United States shall file its brief in opposition on or before April 7, 2020. Defendant shall file his reply on or before April 10, 2020.

IT IS ORDERED.

DATED this 1st day of March, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1