IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–41–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PAUL AARON CHAMPION, | |
| Defendant. | |

Before the Court is Defendant Paul Aaron Champion's Unopposed Motion for Defendant's In-Person Presence in the Court During Sentencing. (Doc. 48.) Champion represents that, in light of his medical conditions, conducting his sentencing by videoconference would substantially interfere with his ability to communicate with both the Court and his attorney.

Accordingly, with good cause appearing, IT IS ORDERED that the motion (Doc. 48) is GRANTED. IT IS FURTHER ORDERED that the United States Marshals Service shall ensure that Champion is made available to meet with his attorney at the courthouse 30 minutes before the time set for sentencing. The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order. The Court's Order entered April 16, 2020 (Doc. 47) otherwise remains in full force and effect.

DATED this 17th day of April, 2020.

_____
Dana L. Christensen, District Judge
United States District Court